# Blocking Antivirus Updates

**AVG Software Installer**

**AVG. Anti-Virus FREE EDITION**

**Please specify your proxy settings**

Connection failed, this application requires internet connectivity - if you are using proxy server, please specify the settings below:

Server:
Port: 80

☐ Use proxy authentication

Select authentication:
Username:
Password:

Apply     Cancel

## AVG Antivirus: "Connection failed"

# Blocking Antivirus Updates



Avast! Antivirus: "Cannot connect to server"

# Blocking Windows Updates



## "The page cannot be displayed"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VLADIMIR TSASTSIN,
ANDREY TAAME,
TIMUR GERASSIMENKO,
DMITRI JEGOROV,
VALERI ALEKSEJEV,
KONSTANTIN POLTEV and
ANTON IVANOV,

Defendants

INDICTMENT

S2 11 Cr. 878

(Title 18, United States Code, Sections 1030(a)(4), (a)(5)(A)-(B),(b), 1343, 1349, 1956(a)(2)(A), and 1957.)

PREET BHARARA
United States Attorney.