UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# ORIGINAL

------------------------------------------------------------X

UNITED STATES OF AMERICA                    :

    - v -                                           :          S2 11 Cr. 878

VLADIMIR TSASTSIN,                          :
ANDREY TAAME,
TIMUR GERASSIMENKO,                         :          ORDER
DMITRI JEGOROV,
VALERI ALEKSEJEV,                           :
KONSTANTIN POLTEV, and
ANTON IVANOV,                               :

        Defendants.                      :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/16/11_

        Upon the motion of the United States of America dated November 8, 2011, it is found that (a) there are numerous potential victims in this case and there is no readily available compilation of the victims; and (b) it is impracticable to accord all of the potential victims the rights described in Title 18, United States Code, Section 3771(a).

        It is further found, pursuant to Title 18, United States Code, Section 3771(d)(2), that the procedures described below regarding victim notification and victims rights are reasonable and will give effect to Title 18, United States Code, Section 3771 without unduly complicating or prolonging the proceedings in this matter.

        Accordingly, it is hereby ORDERED

        That the following procedures are reasonable and give effect to the notification rights contained in Title 18, United States Code, Section 3771(a):

    1.    The Federal Bureau of Investigation ("FBI") will provide notice to approximately 32,000 network operators that are believed to have computers on their networks that are infected

with malicious software distributed as part of the defendants' scheme. The FBI will identify to each such network operator the Internet Protocol ("IP") addresses of computers on the particular network that the Government believes are infected with the malicious software.

2. Pursuant to the previously entered protective order in this case, the third-party receiver, Internet Systems Consortium ("ISC"), will obtain IP addresses that are querying certain replacement servers administered by ISC, and will use industry channels approved by the FBI to alert network operators about infections on their networks. Such notifications will be made through at least on or about March 8, 2012.

3. The United States Attorney's Office will post notification about scheduled significant public proceedings on its Victim and Witness Services website, http://www.justice.gov/usao/nys/, a substantially verbatim listing of the rights provided for in Title 18, United States Code, Section 3771(a), and, via a link  under the case name United States v. Vladimir Tsastsin, et. al, will also provide the following information:

a.      Reasonable notification of significant public proceedings scheduled in the case;

b.      One or more links to FBI websites that will contain additional information, including technical assistance documents for victims; and

c.      Such other information as may be updated from time to time regarding the case.

4.      The Government will post this Order on its website forthwith.

Dated:      New York, New York
            November  9  , 2011

                              SO ORDERED:

                              HON. WILLIAM H. PAULEY III
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK