```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :   POST-INDICTMENT
                                        PROTECTIVE ORDER,
         - v. -                     :   PURSUANT TO 21 U.S.C. §
                                        853(e)(1)(A) &
VLADIMIR TSASTSIN,                  :   18 U.S.C. § 1956(b)(4)
ANDREY TAAME,                       :
TIMUR GERASSIMENKO,                     11 Cr. 878
DMITRI JEGOROV,                     :
VALERI ALEKSEJEV,
KONSTANTIN POLTEV, and              :
ANTON IVANOV,
                                    :
              Defendants.
                                    :
------------------------------------x
```

WHEREAS, on or about November 1, 2011, by and through PREET BHARARA, United States Attorney for the Southern District of New York, the Government submitted a sealed application, together with the accompanying Declarations of Assistant United States Attorney James Pastore, and Special Agent Sean Zadig of the National Aeronautics and Space Administration ("NASA"), seeking certain relief pursuant to Title 21, United States Code, Section 853(e)(1)(A) and Title 18, United States Code, Section 1956(b)(4);

WHEREAS, the relief requested therein was granted by the Honorable William H. Pauley III in his capacity as the District Judge sitting in Part I, in an order dated November 3, 2011 (the "Original Order");

WHEREAS, a Grand Jury sitting in this District has returned Indictment S2 11 Cr. 878 (LAK) (the "Indictment") charging VLADIMIR TSASTSIN, ANDREY TAAME, TIMUR GERASSIMENKO, DMITRI JEGOROV, VALERI ALEKSEJEV, KONSTANTIN POLTEV, and ANTON IVANOV, the defendants, with wire fraud and conspiracy to commit wire fraud, in violation of Title 18, United States Code, Sections 1343 and 1349, computer intrusion and conspiracy to commit computer intrusion in violation of Title 18, United States Code, Section 1030, and money laundering, in violation of Title 18, United States Code, Sections 1956 and 1957;

WHEREAS, the Indictment has specifically alleged that the certain property is subject to criminal forfeiture, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982, and 1030(i), and Title 28, United States Code, Section 2461, including the defendants' interests in all computers and computer peripherals:

    a.    located at Pilosoft in New York, New York (the "Manhattan Data Center"); and

    b.    located at ColoSecure in Chicago, Illinois, (the "Chicago Data Center");

WHEREAS, the Indictment was unsealed on or about November 9, 2011, and ultimately was assigned to this Court;

WHEREAS, on or about February 17, 2012, by and through PREET BHARARA, United States Attorney for the Southern District

of New York, the Government submitted an application seeking an extension of the Original Order,

WHEREAS, the Court further finds that good cause exists to support an extension of certain aspects of the Original Order;

**IT IS HEREBY ORDERED** that:

1. The appointment of Internet Systems Consortium ("ISC") as a receiver to take any and all steps reasonably necessary to install, monitor, and administer one or more Domain Name System ("DNS") servers (the "Replacement DNS Servers") that have replaced certain DNS servers (the "Rogue DNS Servers") which were operated and/or controlled by the defendants, and which were located at the Manhattan Data Center and at the Chicago Data Center is continued;

2. ISC shall continue to operate the Replacement DNS Servers for an additional period of approximately 120 days, measured from March 8, 2012, and ending on July 9, 2012.

3. ISC shall continue to take steps to identify computers that are infected with malicious DNS changer software (the "DNS Changer Malware") by collecting the IP addresses that query the Replacement DNS Servers, the network ports associated with those requests, and the date and time of such requests, but shall not collect any content associated with such requests;

4.      ISC is authorized under the guidance of the FBI to continue to provide remediation details to industry channels approved by the FBI;

5.      On or before May 22, 2012, ISC shall submit a report to the Court regarding its operation of the Replacement DNS Servers, which will include an estimate of the number of victims identified by ISC through May 8, 2012 and such other information as ordered by the Court.

6.      On or before July 23, 2012, ISC shall submit a report to the Court regarding its operation of the Replacement DNS Servers, which will include an estimate of the number of victims identified by ISC through July 9, 2012 and such other information as ordered by the Court.

Dated:  New York, New York
        March  5 , 2012

SO ORDERED:

_____
HONORABLE DENISE L. COTE - PART I
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK