# THE C.H. SCHOLAR LAW FIRM, P.L.L.C.
225 BROADWAY
SUITE 715
NEW YORK, NEW YORK 10007
212 323 6922 TELEPHONE
212 323 6923 FAX

June 9, 2015

**BY ECF**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                RE:    <u>United States v. Konstantin Poltev</u>
                        11 Cr. 878 (LAK)

Dear Judge Kaplan:

      I represent the defendant Konstantin Poltev, having been appointed as counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006 A.  This letter is submitted as a joint request for an adjournment of sentencing by the defense on behalf of Konstantin Poltev, Timur Gerassimenko, and Dmitri Jegorov.  Timur Gerassimenko is represented by Glenn A. Garber and Dmitri Jegorov is represented by Anthony Strazza.  The sentencing in this matter was scheduled for June 25, 2015.  The defense requests an adjournment of the sentencing in this matter to the last week in July, 2015.  The additional time is necessary in order for counsel to secure further documents in support for our clients from various European nations and to have some of those documents translated.  No previous request to adjourn the sentencing has been made.  The Government consents to this request for an adjournment.

                              Very truly yours,

                              /s/

                              Calvin H. Scholar

CHS/jb

cc:    AUSA Sarah Lai,        via e-mail
       Mr. Glenn A. Garber, Esq.  via e-mail
       Mr. Anthony Strazza, Esq.  via e-mail