USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 11 2015

RECEIVED
JUL 22 2015
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA       :       ORDER ACCEPTING
                                       PLEA ALLOCUTION
         -v.-                  :

VLADIMIR TSASTSIN,             :       S2 11 Cr. 878 (LAK)

              Defendant.       :

------------------------------------X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on July 8, 2015;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty pleas knowingly and voluntarily and that there is a factual basis for the guilty pleas,

IT IS HEREBY ORDERED that the defendant's guilty pleas are accepted.

SO ORDERED.

DATED:     New York, New York
           July 22, 2015

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE