Kaplan, Y.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SEP 17 2015
JUDGE KAPLAN'S CHAMBERS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cr-00878-LAK-1 |
| ) | |
| VLADIMIR TSASTSIN, ) | STIPULATION OF |
| ) | SUBSTITUTION OF |
| Defendant. ) | COUNSEL |
| ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/15

**PLEASE TAKE NOTICE THAT**, it is hereby stipulated by and between the undersigned parties, that Arkady Bukh, Esq., Law Offices of Bukh & Associates PLLC, 1123 Avenue Z Brooklyn, NY 11235 is substituted as attorney for defendant VLADIMIR TSASTSIN in place and instead of Jeremy Schneider, of Rothman, Schneider, Soloway & Stern, LLP 100 Lafayette Street, Suite 501 New York, NY 10013 as of the date hereof.

**Date:** September 10, 2015

_____
Arkady Bukh, Esq.
Substituted Attorney for Defendant

_____
VLADIMIR TSASTSIN, Defendant

Sworn to before me this
___ day of September, 2015

_____
Notary Public

_____
Jeremy Schneider
Former Attorney for Defendant

**SO ORDERED**

_____
LEWIS A. KAPLAN, USDJ  9/17/15

CHARLES WATT KASER
Notary Public, State of New York
No. 02KA6307685
Qualified in New York County
Commission Expires July 07, 2018