

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 9, 2015

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

      Re:  *United States* v. *Vladimir Tsastsin,* S2 11 Cr. 878 (LAK)

Dear Judge Kaplan:

      Sentencing in the above-referenced matter is scheduled for October 14, 2015, at 2:00 p.m.  The Government respectfully submits this letter to request a 60-day adjournment of sentencing.  The adjournment is requested to enable the parties to attempt to resolve certain issues prior to sentencing.  Defense counsel Arkady Bukh, Esq. consents to this request.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By: _____
      Sarah Y. Lai
      Assistant United States Attorney
      (212) 637-1944

cc:  Arkady Bukh, Esq.
    (By electronic mail)