**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2015

BY ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Vladimir Tsastsin*, S2 11 Cr. 878 (LAK)

Dear Judge Kaplan:

    The Government respectfully submits this letter to request that sentencing in the above-referenced matter be adjourned for two months, to mid-February 2016. This application is made to allow the parties additional time to continue to resolve certain issues related to sentencing. I have spoken with defense counsel, Arkady Bukh, Esq., and he consents to this request.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney

    By:    /Sarah Y. Lai/
        SARAH Y. LAI
        Assistant United States Attorney
        (212) 637-1944

cc: Mr. Arkady Bukh, Esq. (by ECF and email)
    U.S. Probation Officer Jonathan J. Bressor (by email)