



RECEIVED

DEC 11 2015

JUDGE KAPLAN'S CHAMBERS

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2015

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/15

BY ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States* v. *Vladimir Tsastsin*, S2 11 Cr. 878 (LAK)

Dear Judge Kaplan:

The Government respectfully submits this letter to request that sentencing in the above-referenced matter be adjourned for two months, to mid-February 2016. This application is made to allow the parties additional time to continue to resolve certain issues related to sentencing. I have spoken with defense counsel, Arkady Bukh, Esq., and he consents to this request.

# MEMO ENDORSED

Application granted. The 12/16/15
sentencing is adjourned until
2/17/16 at 2:30pm.

So Ordered: _____
       Hon. Lewis A. Kaplan
              U.S.D.J.

Dated: 12/11/15

Respectfully submitted,

PREET BHARARA
United States Attorney

By: ___/Sarah Y. Lai/_____
       SARAH Y. LAI
       Assistant United States Attorney
       (212) 637-1944

cc: Mr. Arkady Bukh, Esq. (by ECF and email)
    U.S. Probation Officer Jonathan J. Bressor (by email)