BUKH LAW FIRM PLLC
1123 Ave. Z
Brooklyn, NY 11235
Phone: (718) 376-4766
Fax: (718) 376-3033

<u>VIA ECF</u>

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

April 21, 2016

Re:   <u>United States v. Vladimir Tsastsin, S2 11 Cr. 878 (LAK)</u>

Dear Judge Kaplan:

Sentencing in the above-referenced matter is currently scheduled for April 26, 2016. The Defendant respectfully submits this letter to request that the sentencing be adjourned for approximately two weeks, to the middle of May 2016. This application is made to allow the defendant's relatives living abroad to send their letters of support and additional information relevant for the sentencing.

I have contacted AUSA Sarah Lai who advised me that the Government takes no position on the adjournment request.

Thank you for your consideration of this letter.

Respectfully,

/s/ Arkady Bukh
_____
Bukh Law Firm PLLC
Attorneys for Defendant
1123 Avenue Z
Brooklyn, NY 11235
(718) 376-4766
honorable@usa.com

```
TO:  Via Email:

     AUSA Alexander Joshua Wilson (Alexander.Wilson@usdoj.gov)
     AUSA James J. Pastore , Jr. (jjpastor@debevoise.com)
     AUSA Sarah Y. Lai (jjpastor@debevoise.com)
     U.S. Probation Officer Jonathan J. Bressor
```