**BUKH LAW FIRM PLLC**
1123 Ave. Z
Brooklyn, NY 11235
Phone: (718) 376-4766
Fax: (718) 376-3033

**MEMO ENDORSED**

VIA ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 25 2016

April 21, 2016

Re: United States v. Vladimir Tsastsin, S2 11 Cr. 878 (LAK)

Dear Judge Kaplan:

    Sentencing in the above-referenced matter is currently scheduled for April 26, 2016. The Defendant respectfully submits this letter to request that the sentencing be adjourned for approximately two weeks, to the middle of May 2016. This application is made to allow the defendant's relatives living abroad to send their letters of support and additional information relevant for the sentencing.

    I have contacted AUSA Sarah Lai who advised me that the Government takes no position on the adjournment request.

    Thank you for your consideration of this letter.

Respectfully,

/s/ Arkady Bukh

Bukh Law Firm PLLC
Attorneys for Defendant
1123 Avenue Z
Brooklyn, NY 11235
(718) 376-4766
honorable@usa.com

Memorandum Endorsement                     United States v. Tsastsin, 11-cr-0878-1 (LAK)

Defendant Tsastsin moves at virtually the last moment for another postponement of sentencing, which long had been scheduled for April 27, 2016, a date adjusted last week to April 26, 2016.

Tsastsin pled guilty on July 8, 2015 – more than nine months ago. The plea was accepted on August 11, 2015. Sentencing was set for October 14, 2015.

Before this defendant could be sentenced, his present counsel, Mr. Bukh, was substituted into the case. The government, with Tsastsin's consent, then made three successive motions for adjournment of the sentencing. The first two were said to be needed to permit counsel to resolve certain issues pertaining to sentencing. The third was said to be needed to permit the parties to gather information needed for sentencing.

On February 2, 2016, the Court's deputy clerk advised the parties of the adjournment of the sentencing until April 27, 2016 in response to the government's third motion. In so doing, he wrote both counsel that:

> Judge Kaplan has granted the Government's 2/2/16 letter request for an adjournment of the sentencing date. However, he asked me to inform you that this is the last adjournment without the parties providing a very good reason. The new sentencing date is 4/27/16 at 3:00 pm.

Mr. Bukh now seeks another adjournment "to allow the defendant's relatives living abroad to send their letters of support and additional information for the sentencing." DI 152. But Mr. Bukh has known since the day he entered this case – which was after defendant had pleaded guilty – that he would need to collect "letters of support and additional information" from "relatives living abroad" if he wished to use them at sentencing. He has known since February 2 that the sentencing would take place on April 27 absent "a very good reason." The failure of Tsastsin and his attorney to seek whatever materials they have in mind in the nearly three months that have passed since February 2 is not "a very good reason." The change in the sentencing date from April 27 to April 26 does not alter this conclusion.

Accordingly, the motion to postpone the sentencing is denied.

SO ORDERED.

Dated:      April 25, 2016

_____
Lewis A. Kaplan
United States District Judge