UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
VLADIMIR TSASTSIN,

                Petitioner,

       -against-                                         11 Cr. 878 (LAK)

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to petitioner's motion for relief under Federal Rule of Criminal Procedure 36 [DI 172] on or before April 2, 2018.

        In its response, the government shall address the question of whether this matter is properly considered in the criminal case or whether it should be considered in a separate action, such as, for example, a civil action filed against the Federal Bureau of Prisons or an application for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.

        SO ORDERED.

Dated:      March 12, 2018

                                                          Lewis A. Kaplan
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3·13·18