**MEMO ENDORSED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

RECEIVED MAY 16 2018 JUDGE KAPLAN'S CHAMBERS

---------------------------
Vladimir TSASTSIN,
    Defendant/Petitioner
        v.
United States,
    Respondent.
---------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-16-18

Crim. No. 11 CR 878(LAK)

Copies mailed 5-16-18
Chambers of Judge Kaplan

### REQUEST TO THE CLERK OF THE COURT TO ACCESS THE SEALED RECORDS

Petitioner Vladimir TSASTSIN submits this pro se request to the clerk of the Court to request access to the sealed records in his docket for criminal case No. 11 CR 878(LAK). A "Sealed Document placed in the vault" appeared in his docket on May 4, 2018 (Document No. 176). Currently District Court is reviewing Petitioner's motion pursuant to Rule 36(execution of the Petitioner's sentence by the BOP, regarding a mandatory credit pursuant to U.S.S.G. §5G1.3). Petitioner wants to gain access to all documents related to the execution of his sentence and asks the Clerk of the Court to:
1) inform what document was sealed on May 4, 2018;
2) inform by whom this document was submitted;
3) inform on which grounds this document was sealed;
40 provide Petitioner with the copy of this document.

Date: 05/08/2018

Respectfully submitted,

Vladimir TSASTSIN
BOP# 91040-054
555 GEO Dr.
Philipsburg, PA 16866

*The document has nothing to do with the sentence. Application denied*

SO ORDERED

LEWIS A. KAPLAN, USDJ

5/16/18