UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
VLADIMIR TSASTSIN,

                          Movant,

        –against–                             18-cv-5975 (LAK)
                                                  [11-cr-0878 (LAK)]

UNITED STATES OF AMERICA.

                        Respondent
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        The government shall respond to the Section 2255 motion no later than October 4, 2018.

        SO ORDERED.

Dated:        September 1, 2018

                                                        Lewis A. Kaplan
                                                  United States District Judge