UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

         -v.-

VLADIMIR TSASTSIN,

         Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/19

ORDER

11 Cr. 878 (LAK)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    This Order supersedes the undersigned's and Judge Kaplan's prior orders on this topic. The Clerk is directed to file pages 43 and 44 of Docket # 188 as a separate "motion for accounting." The Government shall respond to this motion on or before April 19, 2019. Any reply may be filed by May 10, 2019.

    SO ORDERED.

Dated: March 27, 2019
       New York, New York

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge

Copy sent to:

Vladimir Tsastsin
ID No. 91040-054
Moshannon Valley Correctional Center
555 Geo Drive
Philipsburg, PA 16866

Counsel by ECF