

```
                                    USDC SDNY
                                    DOCUMENT
        Vladimir Tsastsin            ELECTRONICALLY FILED
        Reg. No. 91040-054           DOC #:
        Moshannon Valley             DATE FILED: 10-10-19
        Correctional Institution
        555 Geo Drive
        Philipsburg, PA 16866
```

September 27, 2019

The Hon. Lewis A. Kaplan
United States Distric Judge
Southern Distric of New York
500 Pearl Street
New York, New York 10007

                Re: United States v. Tsastsin
                     Case No. S1 11-cr-878
                     Motion for Accounting (Docket #193)

Dear Judge Kaplan:

This letter is in regards to the Motion for Accounting[DI 193].

The Court may recall this Motion originally submitted to the Court Clerk back on February 6, 2019 in the same envelope as my Reply for my §2255 motion [DI 188]. Ultimately, it was filed on the docket on March 27, 2019 [DI 193]. By letter dated April 22, 2019, I informally replied to the Government's letter responding to my Motion for Accounting [DI 196]. In this letter, and because of the initial misunderstanding regarding the filing of the Motion, I tried to emphasize to Magistrate Judge Gorenstein that my request for an accounting was by no means tied to the §2255 motion, and therefore I did not believe I should have to wait for him to issue his Report and Recommendation on the §2255 motion in order for him to rule on the Motion for Accounting.

Nevertheless, while Magistrate Judge Gorenstein issued his Report and Recommendation on September 10, 2019 to date there has been no ruling on the Motion for Accounting. Accordingly, I respectfully remind the Court that Motion remains outstanding.

Please know that I do not send this letter to suggest that my case is any more important than any of the many other cases on the Court's overloaded docket. It is just that as my sentence comes to an end, my deportation looms and I am simply trying to resolve this matter while I am still in this country.

Thank you for your consideration of my matter.

                                        Respectfully

                                        Vladimir Tsastsin

cc: Clerk of The Court
    Ms. Sarah Lai

From: Vladimir Tsastsin
#91040-054
MVCC
555 Geo Drive
Philipsburg, PA 16866

CERTIFIED MAIL

7018 2290 0001 5152 2515

RECEIVED OCT 10 2019 JUDGE KAPLAN'S CHAMBERS

USM SDNY

POSTAGE $004.05
ZIP 16866
011E11683466

RECEIVED OCT -7 2019 PRO SE OFFICE

To: United States District Court for
the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
40 Foley Square
New York, New York 10007