UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
VLADIMIR TSASTSIN,

                  Movant,

           -against-                                18-cv-05975 (LAK)
                                                        (11-cr-00878 (LAK))

UNITED STATES OF AMERICA,

                  Respondent.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In a well-reasoned report and recommendation dated September 10, 2019 (the "R&R") [DI-19], Magistrate Gabriel W. Gorenstein recommended that I deny Mr. Tsastsin's motion under 28 U.S.C. § 2255 [DI-1]. Movant objects to the R&R [DI-21].

        The objections are overruled. The motion is denied and the case is closed.

        A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. § 1915(a)(3).

        SO ORDERED.

Dated:      October 23, 2019

                                                    Lewis A. Kaplan
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2019